UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRASCO,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>P. DELATORRE, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00720-CV-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Motion for Summary Judgment ("MSJ") briefing, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the R&R to which Defendants have objected ("Objections"), including Defendants' new argument that the Prison Litigation Reform Act limits the damages Plaintiff can seek without showing more than de minimus physical injury.  The Court finds that Defendants' Objections do not change the analysis in the R&R and thus, the Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

1   IT IS THEREFORE ORDERED that Defendants' MSJ is DENIED.

3   Dated: 4/8/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
United States District Judge